Order affirmed, with costs ; first question certified answered in the affirmative, second answered in the negative, and third not answered, as the demurrer does not raise that question ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Accounting of CHARLES S. ALLISON, as Administrator of the Estate of ELI ALLISON, Deceased, Trustee under the Will of WILLIAM J. LAZEAR, Deceased.

CORNELIUS G. LAZEAR, Appellant ; MINOR E. SWARTHOUT, as Executor of FRANK SWARTHOUT, Deceased, Respondent.

*Matter of Allison,* 122 App. Div. 898, affirmed.
(Argued January 4, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1907, which affirmed a decree of the Steuben County Surrogate's Court settling the accounts of the administrator of the trustee under the will of William J. Lazear, deceased.

*James Q. Sebring, H. C. Harpending* and *H. B. Harpending* for appellant.

*Edwin A. Nash* and *James McCall* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Accounting of JOHN J. COLLINS, as Executor of DAVID PEARSON, Deceased.

ST. MARY'S HOSPITAL OF THE CITY OF BROOKLYN, Appellant ; JOHN J. COLLINS, as Executor, et al., Respondents.

*Matter of Collins,* 124 App. Div. 929, affirmed.
(Argued January 4, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered